# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Harry Hu

                         Plaintiff,

v.                                           Case No.: 1:12–cv–04987

                                               Honorable Rebecca R. Pallmeyer

University of Illinois Chicago Campus Board of Trustees, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 28, 2013:

      MINUTE entry before Honorable Rebecca R. Pallmeyer: Plaintiffs' motion for voluntary dismissal pursuant to settlement [22] granted. Case is dismissed without prejudice with leave to reinstate within 45 days. Status hearing set for 1/30/2013 stricken. Defendant's motion to dismiss [7] is stricken as moot. Civil case terminated. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.